**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No. 2:25-20235-TLP** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THOMAS JOHNSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO DISMISS CRIMINAL INDICTMENT**

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and Jermal Blanchard, Assistant United States Attorney, respectfully moves this Honorable Court to dismiss the Criminal Indictment in the above styled case against the defendant.

Due to The Supreme Court's recent decision in *United States v. Hemani*, No. 24-1234, the United States respectfully requests the criminal indictment be dismissed.

Respectfully Submitted,

D. MICHAEL DUNAVANT
United States Attorney

/s/ *Jermal Blanchard*
Jermal Blanchard
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231

**CERTIFICATE OF SERVICE**

I, Jermal Blanchard, Assistant United States Attorney for the Western District of Tennessee, do hereby certify that a copy of the foregoing motion has been filed via the District Court's electronic case filing system.

This 13<u>th</u> day of <u>July</u> 2026.

<u>/s/ *Jermal Blanchard*</u>
Jermal Blanchard
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231
